# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

151843

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

                              SC: 151843
                              COA: 318560
                              Ionia CC: 2013-015693-FH

FLOYD PHILLIP ALLEN,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the April 30, 2015 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the second-offense habitual-offender enhancement set forth under MCL 769.10 may be applied to the sentence prescribed under MCL 28.729(1)(b).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



                        Clerk

t1028